SAMUEL D. PEARCE *et al.*, Plaintiffs in Error, *v.* A. W. McCLANAHAN *et al.*, Defendants in Error.

1. *Practice, civil — Motion to strike out — Final judgment.*—The action of the Circuit Court in sustaining a motion to strike out plaintiff's petition, is not a final judgment from which a writ of error lies.

*Error to Bates Circuit Court.*

*Bogges* and *Sloan*, for plaintiffs in error.

*Wm. Page*, for defendants in error.

ADAMS, Judge, delivered the opinion of the court.

This was an action by attachment. After commencing their suit plaintiffs filed an amended petition, and the defendant filed a motion to strike it out, which motion was sustained and a bill of exceptions filed. The defendants have filed a motion to dismiss the writ of error, because there was no final judgment. The action of the Circuit Court in sustaining the motion to strike out was not a final judgment from which a writ of error lies.

The writ of error is dismissed. The other judges concur.